# Third District Court of Appeal

## State of Florida

Opinion filed March 16, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0064
Lower Tribunal No. F16-11280B
_____

**Lesley Nicolas,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Lesley Nicolas, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, SCALES and GORDO, JJ.

PER CURIAM.

On August 12, 2021, the trial court entered an order denying Lesley

Nicolas's *pro se* post-conviction motion filed pursuant to Florida Rule of

Criminal Procedure 3.850. Nicolas's post-conviction motion asserted eight separate grounds for relief from his August 2017 conviction, and resulting life sentence, for possession of a firearm by a violent career criminal. On September 29, 2021, the trial court denied Nicolas's motion for rehearing.

On December 6, 2021, Nicolas filed a petition with this Court seeking leave to file a belated appeal of the trial court's August 12, 2021 order and the September 29, 2021 order denying rehearing. On January 4, 2021, in appellate case number 3D21-2356, we granted the petition for belated appeal. The clerk of this Court subsequently assigned to Nicolas's appeal case number 3D22-64.

After careful consideration, we affirm without further discussion both the trial court's August 12, 2021 denying Nicolas's post-conviction motion and its September 29, 2021 order denying Nicolas's rehearing motion.

While our affirmance is unelaborated, we note that the clerk of the lower court transmitted to this Court, as part of the record on appeal in this case, portions of the record related to Nicolas's December 7, 2021 "Amended Motion to Correct Illegal Sentence," filed pursuant to Florida Rule of Criminal Procedure 3.800. Notwithstanding their inclusion in the record, we did not consider those submissions in our adjudication of the instant appeal. See Fla. R. App. P. 9.141(b)(2)(A); Levin v. State, 298 So. 3d 681,

2

682 (Fla. 1st DCA 2020) (confirming that, with respect to appeals from orders denying rule 3.850 motions, the record on appeal is limited pursuant to rule 9.141(b)(2)(A) and cannot be supplemented beyond what the rule allows). Our review in this case, therefore, was limited to the record as it related to the trial court's August 12, 2021 order and its September 29, 2021 order denying rehearing, and we express no opinion as to Nicolas's December 7, 2021 motion or the proceedings related to it.

Affirmed.